UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WATSON GRINDING & MANUFACTURING, CO., | § § § | CHAPTER 11 |
| | § | CASE NO. 20-30967 |
| DEBTOR. | § | |
| Houston Corvette Service, Inc., et al., | § § | |
| Plaintiffs, | § § | Adversary No. 20-03087 |
| v. | § § | |
| Watson Grinding & Manufacturing Co., et al., | § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears on behalf of Watson Valve Services, Inc. pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin
Texas Bar No. 24070221
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Jarrod.Martin@mhllp.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: April 24, 2020

Respectfully submitted,

By: /s/ Jarrod B. Martin

Jarrod B. Martin
Texas Bar No. 24070221
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Jarrod.Martin@mhllp.com

*Counsel for Watson Valve Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 24, 2020, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Jarrod B. Martin*
Jarrod B. Martin